NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JERONE GALLOWAY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3203

---

Petition for review of the Merit Systems Protection Board in case no. DC300A110607-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Merit Systems Protection Board's ("Board") motion for leave to supplement the record with specific evidence submitted in a prior appeal by Jerone Galloway to the Board, *Galloway v. Dep't of Homeland Sec.*, MSPB Docket No. DC-3443-10-0915-I-1, identified as pages 52-97 of the appendix attached to the Board's informal brief,

JERONE GALLOWAY v. MSPB                                    2

IT IS ORDERED THAT:

The motion is granted to the extent that the documents may be included in the joint appendix as submitted to the Board, without prejudicing the merits panel's determination whether those documents are part of the record.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s25